Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-861-1390
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
David Lommel & Jessie Pearl Lommel

# UNITED STATES DISTRICT COURT, DISTRICT OF ARIZONA

| | |
|---|---|
| David Lommel & Jessie Pearl Lommel, <br><br> Plaintiff, <br><br> v. <br><br> Medical Resource Systems, Inc., <br><br> Defendant. | Case No.: 10-cv-1285 <br><br> **COMPLAINT AND DEMAND FOR JURY TRIAL** <br><br> **(Unlawful Debt Collection Practices)** |

## PLAINTIFF'S COMPLAINT

David Lommel and Jessie Pearl Lommel (Plaintiffs), by their attorneys, KROHN & MOSS, LTD., alleges the following against Medical Resource Systems, Inc. (Defendant):

1. Count I of Plaintiffs' Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

### JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained therein.

3. Defendant conducts business in and is principally located in the State of Arizona, and therefore, personal jurisdiction is established.

4. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

5. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

## PARTIES

6. Plaintiffs are natural persons residing in Lynwood, Snohomish County, Washington.

7. Plaintiffs are consumers as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiffs allegedly owe a debt as that term is defined by *15 U.S.C. 1692a(5)*.

8. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)* and sought to collect a consumer debt from Plaintiffs.

9. Defendant is a collection agency with its headquarters in Mesa, Arizona.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

11. Plaintiffs were constantly attempting to make payments to Defendant; however Defendant constantly indicated that the suggested payments were insufficient.

12. Defendant's agent, Fernando Rojel, stated to Plaintiffs that they may have unintentionally committed a felony while seeking and demanding increased payment for the alleged consumer debt.

13. Defendant's agent, Wayne, used rude and abusive language while Plaintiffs were attempting to set up payment arrangements for the alleged consumer debt.

14. Defendant's agent, Fernando Rojel, represented to Plaintiffs that Defendant's staff

members have meetings at which they discuss the issue of what constitutes a felony.

15. Defendant's President, Joel Patterson, further indicated that Plaintiffs committed a felony in a letter dated September 15, 2009 to the Arizona Department of Financial Institutions.

## COUNT I

## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT, (FDCPA), 15 U.S.C. § 1692 et seq.

16. Defendant violated the FDCPA based on the following:

   a. Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse the Plaintiff in connection with the collection of a debt.

   b. Defendant violated *§1692d(2)* of the FDCPA by using abusive language.

   c. Defendant violated *§1692e* of the FDCPA by making false, deceptive, and misleading representations in connection with debt collection.

   d. Defendant violated *§1692e(2)* of the FDCPA by misrepresenting the character, amount, or legal status of the alleged debt.

   e. Defendant violated *§1692e(4)* of the FDCPA by threatening that the nonpayment of the alleged debt will result in the arrest of Plaintiffs.

   f. Defendant violated *§1692e(5)* of the FDCPA by threatening to take action that cannot legally be taken and is not intended to be taken.

   g. Defendant violated *§1692e(10)* of the FDCPA by engaging in deceptive means in an attempt to collect the alleged debt by collecting on a debt.

**WHEREFORE**, Plaintiffs respectfully pray that judgment be entered against the Defendant for the following:

17. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

18. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

19. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

20. Any other relief that this Honorable Court deems appropriate.

### DEMAND FOR JURY TRIAL

Plaintiffs, DAVID LOMMEL & JESSIE PEARL LOMMEL, demand a jury trial in this cause of action.

RESPECTFULLY SUBMITTED,

DATED:  June 17, 2010                KROHN & MOSS, LTD.


By:  /s/ Ryan Lee

Ryan Lee
Attorney for Plaintiff

## VERIFICATION OF COMPLAINT AND CERTIFICATION

(STATE OF WASHINGTON)

Plaintiffs, DAVID LOMMEL, sayS as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, DAVID LOMMEL, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 5/26/2010

_____
DAVID LOMMEL
Plaintiff

PLAINTIFF'S COMPLAINT

# VERIFICATION OF COMPLAINT AND CERTIFICATION

(STATE OF WASHINGTON)

Plaintiff, JESSIE PEARL LOMMEL, says as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, JESSIE PEARL LOMMEL, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 5-26-10

_____
JESSIE PEARL LOMMEL

Plaintiff

PLAINTIFF'S COMPLAINT