**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| David Lommell, et al., | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | |
| Plaintiff, | ) | CV10-1285-PHX-MHM |
| | ) | |
| v. | ) | |
| | ) | |
| Medical Resource Systems, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the Court's order filed this date and the Notice of Acceptance of Offer of Judgment, judgment is entered for the Plaintiff and against Defendant Medical Resource Systems, Inc. in the amount of 1,001.00. Plaintiff's reasonable costs and reasonable attorney's fees now accrued are to be added to the judgment as against Defendant; said fees and costs shall be as are agreed to between counsel for the parties, or if they are unable to agree, as determined by the Court upon motion.

JUDGMENT ENTERED this 21st day of July, 2010.

RICHARD H. WEARE
District Court Executive/Clerk

s/Elaine Leon
By: Deputy Clerk

cc: (all counsel)